■ MICHAEL D'AMICO et al., Appellants, v EDWARD J. MAHONEY et al., Constituting the Board of Elections of the County of Erie, et al., Respondents. (Appeal No. 2.)—Order unanimously reversed, on the law, without costs, and petition granted. Same memorandum as in D'Amico v Mahoney ([Appeal No. 1], 115 AD2d 348). (Appeal from order of Supreme Court, Erie County, Joslin, J.—Election Law art 16.) Present—Hancock, Jr., J. P., Doerr, Boomer, Pine and O'Donnell, JJ. (Decided Oct. 22, 1985.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE MERRIWEATHER, Appellant.—Motion to dismiss appeal granted and appeal unanimously dismissed upon the ground appellant is not presently available to obey the mandate of the court in the event of an affirmance (see, People ex rel. Martinez v Walters, 63 NY2d 727; People v Del Rio, 14 NY2d 165). (Appeal from judgment of Supreme Court, Erie County, Gaughan, J.—burglary, third degree.) Present—Hancock, Jr., J. P., Doerr, Denman, O'Donnell and Pine, JJ.